UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DEC 7 2021 PM 12:42
FILED-USDC-CT-NEW HAVEN

Grand Jury N-21-12

UNITED STATES OF AMERICA

v.

JACKIE BROWN

CRIMINAL NO. 3:21-CR-214 (KAD)
(RAR)

VIOLATIONS:

18 U.S.C. §§ 922(g)(1) and 924(a)(2)
(Unlawful Possession of a Firearm and
Ammunition by a Prohibited Person)

INDICTMENT

The Grand Jury charges:

COUNT ONE
(Unlawful Possession of a Firearm and Ammunition by a Prohibited Person)

1.      On or about October 7, 2021, in the District of Connecticut, the defendant JACKIE

BROWN, having been, and knowing that he had been, convicted of a crime punishable by

imprisonment for a term exceeding one year in the Superior Court of the State of Connecticut,

specifically:

     a. Possession with Intent to Sell Narcotics, in violation of Conn. Gen. Stat. § 21a-277(a)(1)(A), on or about January 29, 2021;

     b. Possession with Intent to Sell Narcotics, in violation of Conn. Gen. Stat. § 21a-277(a)(1)(A), on or about January 29, 2021;

     c. Conspiracy to Distribute Narcotics, in violation of Conn. Gen. Stat. §§ 21a-277(a) and 53a-48, on or about February 15, 2012;

     d. Possession of Hallucinogen with Intent to Sell, in violation of Conn. Gen. Stat. § 21a-277(a), on or about December 20, 2011;

     e. Possession of Hallucinogen with Intent to Sell, in violation of Conn. Gen. Stat. § 21a-277(a), on or about December 20, 2011;

     f. Possession of Narcotics with Intent to Sell, in violation of Conn. Gen. Stat. § 21a-277(a), on or about June 15, 2006; and

    g. Conspiracy to Distribute Narcotics, in violation of Conn. Gen. Stat. §§ 21a-277(a) and 53a-48, on or about April 10, 2001,

did knowingly possess a firearm in and affecting commerce, specifically, a Ruger, Model SR40C, .40 caliber, semi-automatic pistol, bearing serial number 345-27398, and nine rounds of .40 caliber ammunition manufactured by Nosler, Inc., all of which had been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT TWO
(Unlawful Possession of Ammunition by a Prohibited Person)

2. On or about October 7, 2021, in the District of Connecticut, the defendant JACKIE BROWN, having been, and knowing that he had been, convicted of a crime punishable by imprisonment for a term exceeding one year in the Superior Court of the State of Connecticut, specifically:

    a. Possession with Intent to Sell Narcotics, in violation of Conn. Gen. Stat. § 21a-277(a)(1)(A), on or about January 29, 2021;

    b. Possession with Intent to Sell Narcotics, in violation of Conn. Gen. Stat. § 21a-277(a)(1)(A), on or about January 29, 2021;

    c. Conspiracy to Distribute Narcotics, in violation of Conn. Gen. Stat. §§ 21a-277(a) and 53a-48, on or about February 15, 2012;

    d. Possession of Hallucinogen with Intent to Sell, in violation of Conn. Gen. Stat. § 21a-277(a), on or about December 20, 2011;

    e. Possession of Hallucinogen with Intent to Sell, in violation of Conn. Gen. Stat. § 21a-277(a), on or about December 20, 2011;

    f. Possession of Narcotics with Intent to Sell, in violation of Conn. Gen. Stat. §§ 21a-277(a), on or about June 15, 2006; and

    g. Conspiracy to Distribute Narcotics, in violation of Conn. Gen. Stat. §§ 21a-277(a) and 53a-48, on or about April 10, 2001,

2

did knowingly possess ammunition in and affecting commerce, specifically, 25 rounds of .40 caliber ammunition manufactured by Nosler, Inc. and located in a large-capacity magazine, which had been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE ALLEGATION
(Firearms Offenses)

3.    Upon conviction of Count One and Count Two of this Indictment, the defendant JACKIE BROWN shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offenses including, but not limited to, the following: one Ruger, Model SR40C, .40 caliber, semi-automatic pistol, bearing serial number 345-27398 and all associated ammunition, including 34 rounds of .40 caliber ammunition manufactured by Nosler, Inc., seized on October 7, 2021.

All in accordance with Title 18, United States Code, Section 924(d); Title 21, United States Code, Section 853; Title 28, United States Code, Section 2461(c); and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
FOREPERSON

UNITED STATES OF AMERICA

LEONARD C BOYLE
ACTING UNITED STATES ATTORNEY

REED DURHAM
ASSISTANT UNITED STATES ATTORNEY

3